■ EMKAY TRADING CORPORATION, Respondent, v BLUE RIDGE FARMS, INCORPORATED, Defendant, and CHLOE FOODS CORPORATION, Appellant. [841 NYS2d 911]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered March 8, 2006 in a breach of contract action. The order denied the motion of defendant Chloe Foods Corporation for a change of venue.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 13, 2007, and filed in the Wyoming County Clerk's Office on August 17, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILAL WRIGHT, Appellant. [841 NYS2d 923]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered December 21, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.